UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 2:19-cr-19-02 |
| | ) | |
| v. | ) | |
| | ) | |
| PHARMRCE USA, LLC | ) | |

ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment as to defendant PHARMRCE USA, LLC is GRANTED. The indictment, only as to PHARMRCE USA, LLC, is hereby dismissed, without prejudice.

So ORDERED, this 15 day of December 2020.

_____
HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order of Dismissal
PHARMRCE USA, LLC
CR 219-19-02
Prepared by AUSA Knoche